UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>         Plaintiff,<br><br>  vs.<br><br>L. GONZALEZ, et al.,<br><br>         Defendants. | 1:20-cv-01720-NONE-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br>**(ECF No. 8.)**<br><br>**THIRTY DAY DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

       Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

       On January 14, 2021, the court issued findings and recommendations, recommending that Plaintiff be denied leave to proceed *in forma pauperis* and be required to pay the $402.00 filing fee for this case in full within thirty days. (ECF No. 3.) On February 11, 2021, Plaintiff filed a motion to retain this case, which the court construes as a motion for extension of time to file objections to the findings and recommendations. (ECF No. 8.)

       The court finds good cause to grant Plaintiff an extension of time. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations issued on January 14, 2021.

IT IS SO ORDERED.

   Dated:   **March 8, 2021**              **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE