UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>L. GONZALEZ, et al.,<br><br>    Defendants. | No. 1:20-cv-01720-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS UNDER 28 U.S.C. § 1915(g) AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(Doc. No. 3.) |

   Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On January 14, 2021, findings and recommendations were entered, recommending that plaintiff be denied leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) and be required to pay the $402.00 filing fee in full for this action within thirty days.  (Doc. No. 3.)  On March 24, 2021, plaintiff filed objections to the findings and recommendations.  (Doc. No. 10.)

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

1

including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff's objections reiterate the same assertions of danger that the magistrate judge correctly found insufficient to trigger the imminent danger exception to 28 U.S.C. § 1915(g).

Accordingly,

1. The findings and recommendations issued on January 14, 2021, (Doc. No. 3) are adopted in full;
2. Plaintiff is denied leave to proceed *in forma pauperis* in this case under 28 U.S.C. § 1915(g);
3. Within thirty days of the date of service of this order, plaintiff is required to pay the $402.00 filing fee in full for this action; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **October 7, 2021**

UNITED STATES DISTRICT JUDGE