UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>L. GONZALEZ, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01720-JLT-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(DOC. 17.)**<br><br>**ORDER DISMISSING THIS CASE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDER**<br>**(DOC. 12.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

The assigned magistrate judge issued findings and recommendations that this case be dismissed without prejudice for Plaintiff's failure to comply with the Court's order issued on October 8, 2021, which required him to pay the $402.00 filing fee in full for this action. (Doc. 17.) On June 15, 2022, Plaintiff filed objections to the findings and recommendations. (Doc. 27.)

According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis. Plaintiffs' objections reiterate, once again, assertions of imminent danger (Doc. 27 at 2-3) that the magistrate judge previously, and appropriately, found to be insufficient (*see* Doc. 3 at 4). Plaintiff also suggests in his objections that he should be permitted to pay the filing fee in installments pursuant to 28 U.S.C. § 1915(b). That objection is without merit, because the installment process only applies to

prisoners who are otherwise permitted to proceed in forma pauperis, not to persons who are prohibited from doing so under § 1915(g).  Thus, the Court **ORDERS**:

    1.    The findings and recommendations issued on December 3, 2021 (Doc. 17), are **ADOPTED IN FULL**.

    2.    This case is **DISMISSED**, without prejudice, for Plaintiff's failure to comply with the Court's order issued on October 28, 2021.

    3.    The Clerk is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **June 22, 2022**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE